United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.T.,<br>Plaintiff,<br>v.<br>ANTIOCH UNIFIED SCHOOL DISTRICT, et al.,<br>Defendants. | Case No. 26-cv-05892-LJC<br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, the following deadlines and hearings are ordered:

| | |
|---|---|
| Initial disclosures: | Already served. |
| Joint statement regarding ADR:[1] | November 21, 2026 |
| Joint case management statement: | March 8, 2027 |
| Completion of early-resolution discovery: | March 24, 2027 |
| Further case management conference: | March 25, 2027, 1:30 PM |
| Deadline to join parties and amend pleadings:[2] | March 31, 2027 |
| Last day for mediation or settlement conference: | June 30, 2027 |
| Fact discovery cut-off: | August 31, 2027 |
| Opening expert reports and disclosures: | September 21, 2027 |

[1] If the parties elect to proceed with a settlement conference, this statement should so state, and may identify one or more preferred magistrate judges. If the parties elect to proceed with a private mediator, this statement must identify the mediator, confirm that the parties have scheduled a mediation session with that mediator, and identify the date of mediation.

[2] This Order is not intended to grant prospective leave to amend or add parties when such leave would otherwise be required. A motion for leave to amend or add parties filed on or before this date must satisfy any otherwise-applicable standard for such leave. A motion filed after this date must also meet the standard to modify a scheduling order. *See* Fed. R. Civ. P. 16(b)(4).

United States District Court
Northern District of California

| | |
|---|---|
| Rebuttal expert reports and disclosures: | October 12, 2027 |
| Expert discovery cut-off: | November 2, 2027 |
| Last day to file dispositive motions and *Daubert* motions: | December 7, 2027 |
| Last day to hear dispositive motions and *Daubert* motions: | January 18, 2028 |
| Pretrial conference:[3] | April 28, 2028, 1:30 PM |
| Jury trial: | May 8, 2028 (5 days) |

**IT IS SO ORDERED.**

Dated: October 8, 2026

LISA J. CISNEROS
United States Magistrate Judge

[3] The parties are directed to the Standing Order for Civil Pretrial Conferences for Magistrate Judge Lisa J. Cisneros, available at https://cand.uscourts.gov/ljc.